CSD 2012 [08/22/03]
Name, Address, Telephone No. & I.D. No.

DAVID L. SKELTON, TRUSTEE #96250
525 B STREET, SUITE 1430
SAN DIEGO, CA 92101
(619) 338-4006

**Order Entered on**
**December 09, 2009**
**by Clerk U.S. Bankruptcy Court**
**Southern District of California**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

TIMOTHY D FEARS
SARAH M FEARS

Debtor.

BANKRUPTCY NO. 09-10086 A 13

Date of Hearing: December 2, 2009
Time of Hearing: 2:00 pm
Name of Judge: PETER BOWIE

## ORDER DISMISSING CHAPTER 13 CASE AFTER HEARING

Upon consideration of a Motion to Dismiss this case:

☐ Filed by _____, Creditor, and after due notice to the Debtor(s), attorney of record for the Debtor(s), if any, and the Chapter 13 trustee;

☐ Filed by DAVID L. SKELTON _____, Chapter 13 Trustee, and upon hearing requested by the Debtor(s);

☐ Filed or orally made at a regular hearing before the Judge of the United States Bankruptcy Court by the Debtor(s) and upon notice to the Chapter 13 Trustee;

☑ Orally made by the Chapter 13 Trustee at a regularly noticed hearing upon denial of confirmation of the Debtor's proposed Chapter 13 Plan without leave to amend;

☐ Other:

and there being no opposition thereto, or if opposition was made or filed, following a hearing as indicated above.

IT IS HEREBY ORDERED AND ADJUDGED THAT:
1. The above-entitled case is dismissed without prejudice as to the above-named debtor only.
2. All related adversary proceedings which are pending are also dismissed subject to the provisions of Local Bankruptcy Rule 7041-3.
3. All stays now in effect for this case are vacated and the provisions of 11 U.S.C. § 349 shall hereafter apply.

DATED December 09, 2009

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

/s/ DAVID L. SKELTON
Chapter 13 Trustee

By: _____
Attorney for Chapter 13 Trustee

_____
Judge, United States Bankruptcy Court

CSD 2012